**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 11-48667-CAD |
| | § | |
| MANUEL A. CAIZAGUANO | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

  Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

  219 South Dearborn Street, Chicago, IL 60604

  Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 11/13/2012, in Courtroom 742, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:   10/18/2012                    By:   /s/ David P. Leibowitz
                                                    (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

**UST-Form 101-7-NFR (5/1/2011)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: § Case No. 11-48667-CAD
§
MANUEL A. CAIZAGUANO §
§
§
Debtor(s) §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $4,160.00
*and approved disbursements of* $346.37
*leaving a balance on hand of[1] :* $3,813.63

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $3,813.63

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $954.52 | $0.00 | $954.52 |
| David P. Leibowitz, Trustee Expenses | $6.50 | $0.00 | $6.50 |

Total to be paid for chapter 7 administrative expenses: $961.02
Remaining balance: $2,852.61

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (5/1/2011)**

|  |  |
|---|---:|
| Remaining balance: | $2,852.61 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  |  |
|---|---:|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $2,852.61 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows: NONE

|  |  |
|---|---:|
| Total to be paid to timely general unsecured claims: | $0.00 |
| Remaining balance: | $2,852.61 |

Tardily filed claims of general (unsecured) creditors totaling $10,965.42 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 26.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|
| 1 | JPMorgan Chase Bank, N.A. | $10,965.42 | $0.00 | $2,852.61 |

|  |  |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $2,852.61 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in

**UST-Form 101-7-NFR (5/1/2011)**

full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ David P. Leibowitz
        Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (5/1/2011)**

United States Bankruptcy Court
Northern District of Illinois

In re:  
Manuel A. Caizaguano  
    Debtor

Case No. 11-48667-CAD  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1     User: ccabrales     Page 1 of 2     Date Rcvd: Oct 22, 2012  
                     Form ID: pdf006     Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 24, 2012.

```
db          +Manuel A. Caizaguano,    1316 North Parkside Avenue,    Chicago, IL 60651-1110
18129154    +Chase,    PO Box 15298,    Wilmington, DE 19850-5298
18129155    +Citibank Sd, Na,    PO Box 6241,    Sioux Falls, SD 57117-6241
18129156     Citibank Sd, Na,    Attn: Centralized Bankruptcy PO Box 2050,    Kansas City, MO 64195
18129158    +Echelon Recovery Inc,    P O Box 1880,    Voorhees, NJ 08043-7880
18152293   +++JPMorgan Chase Bank, N.A.,    c/o Shermeta, Adams & Von Allmen, P.C.,    P.O. Box 80908,
             Rochester Hills, MI 48308-0908
18129161    +Nationstar Mortgage Ll,    Attn: Bankruptcy 350 Highland Dr,    Lewisville, TX 75067-4177
18129160    +Nationstar Mortgage Ll,    350 Highland,    Houston, TX 77009-6623
18129162  ++++WILSHIRE CREDIT CORP/BANK OF AMERICA,    400 NATIONAL WAY,    SIMI VALLEY CA  93065-6414
            (address filed with court: Wilshire Credit Corp/bank Of America,    400 Countrywide Wa,
             Simi Valley, CA 93065)
18129163     Wilshire Credit Corp/bank Of America,    Bank Of America Retail Services PO Box 6,
             Dallas, TX 75265
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
18129157       E-mail/Text: cio.bncmail@irs.gov Oct 23 2012 02:04:41      Deprtment of the Treasury,
               Internal Revenue Services,    Austin, TX 73302-0021
18129159       E-mail/Text: cio.bncmail@irs.gov Oct 23 2012 02:04:41      Internal Revenue Services,
               230 South Dearborn,    Stop 5016 CHI,    Chicago IL 60604
                                                                                             TOTAL: 2
```

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(e).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 24, 2012**                       **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0752-1          User: ccabrales            Page 2 of 2                  Date Rcvd: Oct 22, 2012
                              Form ID: pdf006            Total Noticed: 12
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 18, 2012 at the address(es) listed below:
          David P Leibowitz   dleibowitz@lakelaw.com, il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
          Manuel A. Cardenas   on behalf of Debtor Manuel Caizaguano manuelantonio_cardenas@yahoo.com, mac.cardenaslaw@att.net, edwinusa@att.net
          Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
          TOTAL: 3